ACCEPTED
03-15-00020-CV
4959347
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/20/2015 4:28:55 PM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-15-00020-CV

### IN THE COURT OF APPEALS
### FOR THE 3rd JUDICIAL DISTRICT OF TEXAS
### HOUSTON, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/20/2015 4:28:55 PM
JEFFREY D. KYLE
Clerk

_____

### JAMES V. LONG,
### ONEWEST BANK, FSB. et al
### Appellee

_____

### On Appeal from the 126th Judicial District Court
### Travis County, Texas
### Trial Court Cause No. D-1-GN-1 0-003483

_____

### UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF

1. This case is on appeal from the 126th Judicial District Court of Travis County, Texas in trial court cause number Trial Court Cause No. 2013-00767

2. The transcript was filed on February 18, 2015. Appellants brief was due March 20, 2015.

3. Appellant requests an extension of time of on month from the due date, i.e. until Monday, April 20, 2015.

4. No prior extension to file the brief has been received in this cause.

5. The need for the extension is as follows. Appellant's counsel is a solo practitioner. He had already prepared a draft response to the issues on appeal, but needed to incorporate the record and additional case sites, and to put it in the form required by the court. Counsel had regular clients experience unexpected complex

criminal matters which required Counsel to act immediately to protect their interests. Counsel also had to prepare three complex motions and responses to summary judgment. This in addition to counsel's normal case load prevented him from completing a full brief. Appellant moves for an extension to April 20, 2015.

WHEREFORE, Appellant prays that the court grant it an extension of time to file its brief and for such other and further relief as is just.

Respectfully submitted,

____/S/James D. Pierce_____
JAMES D. PIERCE
State Bar No. 15994500
Comerica Bank Building
One Sugar Creek Center Blvd., Suite 1080
Sugar Land, Texas 77478-3560
(713) 650-0150 office
(713) 650-0146 facsimile
jim@jamespierce.com email
ATTORNEY FOR APPELLANT

**CERTIFICATE OF CONFERENCE**

**The motion is unopposed.**

## CERTIFICATE OF SERVICE

In compliance with Texas Rules of Appellant Civil Procedure, on April 1, 2015, this pleading was served upon all parties and counsel of record electronically.

_____/S/James D. Pierce_____
JAMES D. PIERCE